NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OWEN BEDASEE and SANDIE
BEDASEE,

        Appellants,

v.

FREMONT INVESTMENT AND LOAN
COMPANY,

        Appellee.

Case No. 2D17-891

Opinion filed June 6, 2018.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Owen Bedasee and Sandie Bedasee,
pro se.

Daniel S. Hurtes and Nicole R. Topper,
Blank Rome LLP, Fort Lauderdale, for
Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, KELLY, and BADALAMENTI, JJ., Concur.